ACCEPTED
14-15-00053-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/17/2015 8:32:40 AM
CHRISTOPHER PRINI
CLERK

## NO. 14-15-00053-CV

IN THE
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/17/2015 8:32:40 AM
CHRISTOPHER A. PRINE
Clerk

STANLEY S. FORTSON, INDEPENDENT EXECUTOR OF
THE ESTATE OF EDWIN DENNIS COOK, DECEASED
Relator

VS.

RAY MOGHADDAM,
Real Party in Interest

Original Proceeding
from Harris County Probate Court Number Four
Hon. Christine Butts
Trial Cause No. 406,325-401

## MOTION FOR LEAVE AND SUPPLEMENTAL CERTIFICATION TO RESPONSE TO PETITION FOR WRIT OF MANDAMUS

JASON B. OSTROM
(TBA #24027710)
NICOLE SAIN THORNTON
(TBA #24043901)
ostrommorris, PLLC
6363 Woodway, Suite 300
Houston, Texas 77057
713.863.8891
713.863.1051 (Facsimile)
jason@ostrommorris.com
nicole@ostrommorris.com

TO THE HONORABLE JUSTICES OF THE COURT:

In the interest of fairness and justice, Real Party in Interest Ray Moghaddam asks the Court to grant him leave to supplement his Response to Petition for Writ of Mandamus and, as grounds for such relief, would show the Court the following:

1.

Real Party in Interest filed his Response to Petition for Writ of Mandamus which included cites to the Appendix included in Realtor's Petition for Mandamus.

2.

Real Party in Interest failed to include a certification that the factual statements in the Response to Petition for Writ of Mandamus were supported by evidence in the Appendix. This failure was an oversight, and not a purposeful omission. The Response to Petition for Writ of Mandamus was repeatedly reviewed and all of the factual statements were derived directly from the pleadings and orders that formed the Appendix to the Original Petition for Mandamus.

3.

The Court has not yet ruled on this matter and Real Party in Interest does not believe that Relator will be prejudiced by the supplemental certification. Real Party in Interest does not oppose the filing of a supplemental certification.

4.

Accordingly, Real Party in Interest seeks leave to include the following as a Supplement to his Response to Petition for Mandamus:

*I, Jason B. Ostrom, certify that I have reviewed the Response to Petition for Writ of Mandamus and concluded that every factual statement is supported by competent evidence contained in the Appendix to the Original Petition for Mandamus or the Appendix to the Response to Petition for Mandamus.*

<u>/s/Jason B. Ostrom</u>
Jason B. Ostrom

5.

This request is made in the interest of fairness and justice.

WHEREFORE, PREMISES CONSIDERED, Real Party in Interest, Ray Moghaddam, asks the Court to grant him leave to supplement and consider this supplemental certification in support of his Response to Petition for Mandamus, and grant him such other and further relief to which he may show himself entitled.

Respectfully submitted,

ostrommorris, PLLC

BY:_____
JASON B. OSTROM
(TBA #24027710)
NICOLE SAIN THORNTON
(TBA #24043901)
6363 Woodway, Suite 300
Houston, Texas 77057
713.863.8891
713.863.1051 (Facsimile)
jason@ostrommorris.com
nicole@ostrommorris.com

Attorneys for Real Party in Interest,
Ray Moghaddam